ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff RICAHRD Q. LE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD Q. LE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FN PROPERTY INVESTMENTS 2 LLC, a limited liability company;<br><br>　　　　Defendants. | Case No.: 2:19-cv-00661-PA-AS<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Hon. Percy Anderson *presiding*] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed without prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated __May 10, 2019_____   _____/s/ Percy Anderson_____
Judge, United States District Court,
Central District of California